```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEPHEN E. WALTSAK,           )
         Plaintiff,           )
                              )
         v.                   )    Civil Action No. 04-0191
                              )
SHIELD ENVIRONMENTAL          )
ASSOCIATES, INC.,             )
         Defendant.           )
```

JUDGMENT ORDER

AND NOW, this 17th day of March, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Shield Environmental Associates, Inc., and against plaintiff, Stephen E. Waltsak.

                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge

cc:  All Counsel of Record